```
FILED
February 19, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. MAG. 09-0063 DAD
　　　　Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
ELIZABETH ANN ARECHIGA, )
)
　　　　Defendant. )

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release ELIZABETH ANN ARECHIGA, Case No. MAG. 09-0063 DAD, Charge Title 18 USC § 641, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　＿　Release on Personal Recognizance

　　X　Bail Posted in the Sum of $ 1,000.00

　　　　X　Unsecured Appearance Bond

　　　　＿　Appearance Bond with 10% Deposit

　　　　＿　Appearance Bond with Surety

　　　　＿　Corporate Surety Bail Bond

　　　　＿　(Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 19, 2009 at 2:30 pm.

　　　　　　　　　　　　　　　By　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　　United States Magistrate Judge