1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   ELIZABETH ANN ARECHIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. 09-0063-DAD |
| Plaintiff, | ) **AMENDED APPLICATION AND ORDER FOR** |
| | ) **TRANSPORTATION AND SUBSISTENCE** |
| v. | ) **PURSUANT TO 18 U.S.C. § 4285** |
| ELIZABETH ANN ARECHIGA, | ) |
| Defendant. | ) |

Defendant ELIZABETH ANN ARECHIGA hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Arechiga is unable to afford her own transportation from her residence in Toulume, California to Shreveport, Louisiana, for her arraignment hearing in Western District of Louisiana, on May 15, 2009 at 9:30 a.m.

DATED: May 6, 2009                    Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHEL PETRIK, JR.
                                      Attorney for Defendant
                                      ELIZABETH ARECHIGA

```
 1                    IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
 4  UNITED STATES OF AMERICA,      )    Mag 09-0063-DAD
                                   )
 5            Plaintiff,            )
                                   )    ORDER FOR TRANSPORTATION AND
 6       v.                        )    SUBSISTENCE
                                   )
 7  ELIZABETH ARECHIGA,            )
                                   )
 8            Defendant.           )
                                   )
 9  _____)
10  TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:
11        This is to authorize and direct you to furnish the above named
12  defendant, ELIZABETH ARECHIGA with transportation and subsistence
13  expenses for travel from Toulume, California to Shreveport, Louisiana,
14  for her arraignment hearing in the United States Magistrate Court for
15  the Western District of Louisiana located in Savenport, Louisana, on
16  May 15, 2009 at 9:30 a.m.  It may be necessary for Ms. Arechiga to
17  arrive in Savenport, Louisana on May 14, 2009 to timely make her
18  appearance on May 15, 2009.
19  IT IS SO ORDERED.
20  Dated: May 6, 2009.
21                                      _____
                                        U.S. MAGISTRATE JUDGE
```