| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Staff Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for the Defendant
ELIZABETH ANN ARECHIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. 09-0063-DAD |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER FOR** |
| | ) | **TRANSPORTATION AND SUBSISTENCE** |
| v. | ) | **PURSUANT TO 18 U.S.C. § 4285** |
| | ) | |
| ELIZABETH ANN ARECHIGA, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

Defendant ELIZABETH ANN ARECHIGA hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Arechiga is unable to afford her own transportation from her arraignment/sentencing hearing in Western District of Louisiana, on May 15, 2009 in Shreveport, Louisiana to her residence in Toulume, California. Ms. Arechiga case was completed in court today and she has been placed on a year probation.

DATED: May 15, 2009            Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ M.Petrik
                               _____
                               MICHEL PETRIK, JR.
                               Attorney for Defendant
                               ELIZABETH ARECHIGA

```
 1                    IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
 4  UNITED STATES OF AMERICA,    )    Mag 09-0063-DAD
                                 )
 5              Plaintiff,       )
                                 )    ORDER FOR TRANSPORTATION AND
 6      v.                       )    SUBSISTENCE
                                 )
 7  ELIZABETH ARECHIGA,          )
                                 )
 8              Defendant.       )
                                 )
 9  _____)
10  TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:
11       This is to authorize and direct you to furnish the above named
12  defendant, ELIZABETH ARECHIGA with transportation and subsistence
13  expenses for travel from her arraignment and sentencing hearing in
14  Shreveport, Louisiana for the Western District of Louisiana on May 15,
15  2009, to her residence in Toulume, California.
16  IT IS SO ORDERED.
17  Dated: May 19, 2009
                                              /s/ Gregory G. Hollows
18                                          _____
                                            GREGORY G. HOLLOWS
19                                          U.S. Magistrate Court Judge
20  arechiga.trns
```